**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF D.F., A MINOR   :  No. 274 WAL 2017

:

:

PETITION OF: S.S., NATURAL MOTHER  :  Petition for Allowance of Appeal from

:  the Order of the Superior Court

**ORDER**

**PER CURIAM**

      **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.